# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Donald Montgomery**; DOB: 1989; United States Citizen<br>**Tiffany Marie Dobbes**; DOB: 1981; United States Citizen<br>**Kimberly Ann Rendel**; DOB: 1965; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>21-07194MJ |
| Complaint for violation of Title 8 United States Code § 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(ii) | |

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

**COUNT 1 (Felony)** On or about April 17, 2021, in the District of Arizona, **Donald Montgomery**, **Tiffany Marie Dobbes** and **Kimberly Ann Rendel**, knowing or in reckless disregard that certain illegal aliens, namely Luis Hernandez-Sanjuan, had come to, entered, and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law; in violation of **Title 8, United States Code, Section 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(ii).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On April 17, 2021, at approximately 1:25 a.m., Border Patrol Agents (BPAs) working patrol duties on State Route (SR) 92 near Hereford, Arizona, were searching an area near the intersection of SR-92 and Hunter Canyon for possible illegal aliens. As BPAs searched this area, they observed a grey Nissan Armada travelling southbound on SR-92. Approximately two to three minutes later, BPAs again observed the same Nissan Armada now travelling northbound on SR-92. Due to the location, the short turnaround of the vehicle and the proximity to the possible illegal aliens, BPAs decided to follow the vehicle. As BPAs followed the vehicle, they noticed the driver began driving approximately 10 miles per hour under the speed limit. BPAs also observed three subjects in the vehicle and what appeared to be a person laying down trying to conceal themselves in the rear cargo area of the vehicle. BPAs then ran records checks on the vehicle and it came back registered out of Phoenix, Arizona. As the Nissan Armada made a left turn from SR-92 onto Kachina Trail, BPAs decided to conduct a vehicle stop in order to perform an immigration inspection on the passengers of the vehicle. BPAs made contact with the driver, identified as **Donald MONTGOMERY**, and asked him who was in the vehicle with him. **MONTGOMERY** stated he had his friends with him. BPAs looked in the back and saw multiple occupants laying down and not responding. BPAs conducted an immigration inspection on the rest of the passengers and found two United States Citizens, identified as **Tiffany Marie DOBBES** and **Kimberly Ann RENDEL**. BPAs also found four other subjects, to include Luis Hernandez-Sanjuan, who all admitted to being in the United States without the proper documents to enter, pass through or remain in the U.S. legally.

After waiving his *Miranda* rights, **MONTGOMERY** stated he ended up near Hereford, Arizona after he and **RENDEL** picked up **DOBBES** from Deming, New Mexico and their GPS malfunctioned and instructed him to that area. **MONTGOMEY** stated he saw four individuals waiting on the side of the road dressed in camouflage. **MONTGOMERY** stated he stopped and spoke with them for approximately five minutes to determine if they needed a ride. When asked, **MONTGOMERY** stated he does not speak Spanish and he believed that the individuals do not speak English.

**CONTINUED ON BACK.**

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| Detention Requested<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>AUTHORIZED BY: AUSA JAA/pl | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE<br>Border Patrol Agent<br>Pedro Leon |
|---|---|
| Sworn by telephone  x | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>April 19, 2021 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54

CONTINUED FROM FRONT.

After waiving her *Miranda* rights, **DOBBES** stated that she, **RENDEL** and **MONTGOMERY** were travelling back to Phoenix, Arizona from visiting a friend in Deming, New Mexico. **DOBBES** stated that their GPS was not working properly and that is how they ended up near Hereford, Arizona. When **DOBBES** was confronted with the fact that **MONTGOMERY** said they picked her up, **DOBBES** changed her story. **DOBBES** stated they saw four individuals on the side of the road, and they were going to ask them for directions. **DOBBES** stated that she does not speak Spanish. **DOBBES** stated that **RENDEL** instructed the four individuals to get into the vehicle and that they were going to take them to the nearest gas station.

After waiving her *Miranda* rights, **RENDEL** stated that she and **MONTGOMERY** picked up **DOBBES** in Deming, New Mexico and were headed back to Phoenix, Arizona when their GPS stopped working and brought them to the area near Hereford, Arizona. **RENDEL** stated they saw four individuals on the side of the road and that they looked young and she wanted to give them a ride. When asked, **RENDEL** stated that she does not speak Spanish and the four individuals did not speak English. **RENDEL** could not provide an explanation as to how they communicated.